1  Thomas E. Campagne, #065375
   Wiley R. Driskill, #253913
2  Campagne, Campagne & Lerner
   A Professional Corporation
3  Airport Office Center
   1685 North Helm Avenue
4  Fresno, California  93727
   Telephone:  (559) 255-1637
5  Facsimile: (559) 252-9617

6  Lead Counsel for Defendant Marshall S. Flam, M.D.

7  Katherine E. Donovan
   Attorney at Law
8  907 Santa Fe Avenue, Suite 102
   Fresno, California 93721
9  Telephone: (559) 228-6655
   Facsimile: (559)228-6658

10 Co-Counsel for Defendant Marshall S. Flam, M.D.

11

12                    **UNITED STATES DISTRICT COURT**

13                    **EASTERN DISTRICT OF CALIFORNIA**

14 LAURA J. FLAM (aka Mrs. Gale)      ) Federal Case No. 1:12-cv-01052-AWI
                                      )
15             Plaintiff,             ) **JOINT STIPULATION TO CONTINUE**
                                      ) **MANDATORY SCHEDULING**
16                                    ) **CONFERENCE AND ORDER**
                                      )
17       vs.                          )
                                      )
18                                    )
                                      )
19 MARSHALL S. FLAM, M.D.             )
                                      )
20             Defendant.             )
                                      )
21 _____   )

22

23

24

25

26

27

28

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
**TELEPHONE (559) 255-1637**
FAX (559) 252-9617

JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER

1

## **RECITALS**

2      WHEREAS, a Mandatory Scheduling Conference in this matter is currently

3   scheduled to be heard on September 4, 2012 at 10:00 a.m. in this Court; and the Joint

4   Scheduling Report is currently scheduled as due to be filed on August 28, 2012;

5      WHEREAS, Plaintiff currently has pending a Motion to Remand this matter

6   back to state court, and said motion is currently scheduled to be heard on August 31,

7   2012;

8      WHEREAS, the parties jointly agree that the Mandatory Scheduling

9   Conference should be continued to a later date so that in the event this matter is remanded

10  to the state court, the parties will not have expended unnecessary efforts in preparing a

11  Joint Scheduling Report and preparing for the Mandatory Scheduling Conference;

12      NOW THEREFORE, the parties jointly agree and hereby jointly stipulate as

13  follows:

14

## **STIPULATIONS**

15      1.     That the above recitals are adopted.

16      2.     That the Mandatory Scheduling Conference in this matter shall now

17  be heard on November 7, 2012 at 9:30 a.m. in Courtroom 9 of this Court.

18      3.     That the parties' Joint Scheduling Report shall be due to be filed with

19  the Court no later than October 31, 2012.

20  Dated: August 15, 2012                    Campagne, Campagne & Lerner,

21

22                                             By    /s/ Wiley R. Driskill
                                                  Wiley R. Driskill
23                                             Attorney for Defendant

24

25  Dated: August 15, 2012                    Jaffe and Clemens,

26                                             By    /s/ Mark E. Mahler
                                                  Mark E. Mahler
27                                             Attorney for Plaintiff

28

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER

snw:F:\DATA\docs\Flam, Dr. Marshall\ERISA-Removal (Ex-Wife Matters)\Stip MSC-081412.doc

Pursuant to the foregoing joint agreement and stipulation of the parties, it is now hereby **ORDERED** as follows:

1.     A Mandatory Scheduling Conference currently set for September 4, 2012 is now rescheduled to November 7, 2012 at 9:30 a.m.; and

2.     The parties' Joint Scheduling Report shall now be filed with the Court no later than October 31, 2012.

IT IS SO ORDERED.

Dated:   **August 15, 2012**                        /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
**TELEPHONE (559) 255-1637**
FAX (559) 252-9617

JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER