Thomas E. Campagne, #065375
Wiley R. Driskill, #253913
Campagne, Campagne & Lerner
A Professional Corporation
Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone: (559) 255-1637
Facsimile: (559) 252-9617

Lead Counsel for Defendant Marshall S. Flam, M.D.

Katherine E. Donovan
Attorney at Law
907 Santa Fe Avenue, Suite 102
Fresno, California 93721
Telephone: (559) 228-6655
Facsimile: (559)228-6658

Co-Counsel for Defendant Marshall S. Flam, M.D.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA J. FLAM (aka Mrs. Gale)<br><br>         Plaintiff,<br><br>    vs.<br><br>MARSHALL S. FLAM, M.D.<br><br>         Defendant. | Federal Case No. 1:12-cv-01052-AWI<br><br>**JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER** |

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER

**RECITALS**

WHEREAS, a Mandatory Scheduling Conference in this matter is currently scheduled to be heard on September 4, 2012 at 10:00 a.m. in this Court; and the Joint Scheduling Report is currently scheduled as due to be filed on August 28, 2012;

WHEREAS, Plaintiff currently has pending a Motion to Remand this matter back to state court, and said motion is currently scheduled to be heard on August 31, 2012;

WHEREAS, the parties jointly agree that the Mandatory Scheduling Conference should be continued to a later date so that in the event this matter is remanded to the state court, the parties will not have expended unnecessary efforts in preparing a Joint Scheduling Report and preparing for the Mandatory Scheduling Conference;

NOW THEREFORE, the parties jointly agree and hereby jointly stipulate as follows:

**STIPULATIONS**

1. That the above recitals are adopted.

2. That the Mandatory Scheduling Conference in this matter shall now be heard on November 7, 2012 at 9:30 a.m. in Courtroom 9 of this Court.

3. That the parties' Joint Scheduling Report shall be due to be filed with the Court no later than October 31, 2012.

Dated: August 15, 2012          Campagne, Campagne & Lerner,

                                By     /s/ Wiley R. Driskill
                                    Wiley R. Driskill
                                    Attorney for Defendant

Dated: August 15, 2012          Jaffe and Clemens,

                                By     /s/ Mark E. Mahler
                                    Mark E. Mahler
                                    Attorney for Plaintiff

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER

snw:F:\DATA\docs\Flam, Dr. Marshall\ERISA-Removal (Ex-Wife Matters)\Stip MSC-081412.doc

Pursuant to the foregoing joint agreement and stipulation of the parties, it is now hereby **ORDERED** as follows:

1. A Mandatory Scheduling Conference currently set for September 4, 2012 is now rescheduled to November 7, 2012 at 9:30 a.m.; and

2. The parties' Joint Scheduling Report shall now be filed with the Court no later than October 31, 2012.

IT IS SO ORDERED.

Dated: **August 15, 2012**             /s/ *Dennis L. Beck*
                                       UNITED STATES MAGISTRATE JUDGE

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
**TELEPHONE (559) 255-1637**
FAX (559) 252-9617

JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER